JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball (CB 8203)
Richard H. Engman (RE 7861)
Steven C. Bennett (SB 2746)

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
:
In re                                                         :    07 Civ. 8160 (SAS)
                                                              :
Dana Corporation, *et al.*,                                   :    Chapter 11
                                                              :
                              Debtors.                        :    Bankr. Case No. 06-10354 (BRL)
                                                              :    (Jointly Administered)
------------------------------------------------------------- x

      PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as attorneys of record for Debtors Dana Corporation, and 40 of its domestic direct and indirect subsidiaries, as debtors and debtors in possession in the above-captioned case, and further request that copies of all papers in this action be served upon them at the address set forth below.

Dated: October 2, 2007                     Respectfully submitted,
      New York, New York

                                                /s/ Steven C. Bennett
                                                Corinne Ball (CB 8203)
                                                Richard H. Engman (RE 7861)
                                                Steven C. Bennett (SB 2746)
                                                JONES DAY
                                                222 East 41st Street
                                                New York, New York 10017
                                                Telephone: (212) 326-3939
                                                Facsimile: (212) 755-7306

                                                ATTORNEYS FOR DEBTORS AND
                                                DEBTORS IN POSSESSION

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this October 2, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 and the Standing Order of the Southern District of New York relating to Procedures for Electronic Case Filing.

                                                <u>/s/ Seth E. Kramer</u>
                                                Seth E. Kramer

NYI-4028263v1