UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
IN RE DANA CORPORATION, et al.      :
                                    :
                                    :   **ORDER**
            Debtors,                :
                                    :   07 Civ. 8160 (SAS)
                                    :
------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On September 18, 2007, the Government moved to stay Debtors' objections to the Government's proofs of claim and discovery related to the estimation procedure pending this Court's decision on its motion to withdraw the reference. For the reasons set forth at the conference with the Court held on October 3, 2007, the Government's motion for a full stay is denied. However, the motion is granted to the extent that the discovery period is extended by sixty days, thereby extending the date of the final estimation hearing, which had been scheduled for January 14, 2008.

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         October 4, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07
```

## - Appearances -

**For the United States of America:**

Russell Marc Yankwitt
United States Attorney's Office
Southern District of New York
86 Chambers Street
3rd Floor
New York, NY 10007
(212) 637-2745
Fax: (212) 637-2730

**For Debtors:**

Steven C. Bennett
Jones Day
222 East 41st Street
New York, NY 10017
(212) 326-3939
Fax: (212) 755-7306


Marc S. Levin
Dana Corporation
4500 Dorr Street
Toledo, OH 43615


**For Official Committee of Unsecured Creditors:**

Paul Bradley O'Neill
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York,, NY 10036
(212) 715-7583
Fax: (212) 715-8000