**<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11
                                                           :
Dana Corporation, *et al.,*                                :     Case No. 06-10354 (BRL)
                                                           :
                          Debtors.                         :     (Jointly Administered)
                                                           :
                                                           :
-----------------------------------------------------------x

### ORDER APPROVING (A) DISPUTED UNSECURED CLAIMS RESERVES FOR CERTAIN UNLIQUIDATED CLAIMS IN CONNECTION WITH DISTRIBUTIONS TO BE MADE UNDER THE DEBTORS' THIRD AMENDED JOINT PLAN OF REORGANIZATION, AS IT MAY BE AMENDED; AND (B) ADDITIONAL PROCEDURES RELATED TO PLAN RESERVES

This matter coming before the Court on the Motion of Debtors and Debtors in Possession for an Order Approving (A) Disputed Unsecured Claims Reserves for Certain Unliquidated Claims in Connection with Distributions to Be Made Under the Debtors' Third Amended Joint Plan of Reorganization, as It May Be Amended; and (B) Additional Procedures Related to Plan Reserves (Docket No. 6918) (the "Motion"),[1] filed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"); an objection to the Motion having been filed by Microtherm Inc. (the "Response"); the Court having reviewed the Motion and the Response and having considered the statements of counsel and the evidence presented regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the

---

[1]      Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Motion and the Hearing was sufficient under the circumstances and (d) in light of the

circumstances, the requirements of Local Bankruptcy Rule 9013-1(b) that a separate

memorandum of law be filed in support of the Motion is waived; and the Court having

determined that the legal and factual bases set forth in the Motion and at the Hearing establish

just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein, pursuant to sections 105(a)

and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, and the Response is

RESOLVED.

2.      The initial reserves for the Unliquidated Class 5B Claims proposed in the

Motion to be included in the Disputed Unsecured Claims Reserve are approved, as modified

herein.  In connection with the foregoing, the following shall apply:

(a)     The initial reserve on account of the Estimated
Unliquidated Claims and the Liquidated Amounts of the Partially
Unliquidated Claims as of the Effective Date shall be the amounts
identified for each such Claim on the attached Exhibit A, subject to
adjustment if certain of these Claims are resolved prior to the
Effective Date or if the reserves are modified pursuant to the Plan or
the Additional Reserve Procedures.

(b)     The initial reserve on account of all of the
Unliquidated Amounts in the Partially Unliquidated Claims as of the
Effective Date shall be the Partially Unliquidated Reserve of
$1,000,000, subject to adjustment over time in accordance with the
Plan and the Additional Reserve Procedures.

(c)     The initial reserve on account of the Fully
Unliquidated Claims identified on the attached Exhibits B-1, B-2
and B-3 as of the Effective Date shall be the Fully Unliquidated
Reserve of $105,000,000, subject to adjustment if certain of these
Claims are resolved prior to the Effective Date or if the reserves are
modified pursuant to the Plan or the Additional Reserve Procedures.
Without limiting the foregoing, the following also shall apply to the
Fully Unliquidated Reserve:

- The Fully Unliquidated Claims identified on the attached Exhibit B-1 were asserted by Affinia Group Inc. and its affiliates (collectively, the "Affinia Claims") and are subject to a pending motion filed by the Debtors to approve a settlement (Docket No. 7016). Upon any approval of the proposed settlement, the Fully Unsecured Claims Reserve shall be reduced by $50 million, and the Affinia Claims shall no longer be subject to this reserve.

- The Fully Unliquidated Claims identified on the attached Exhibit B-2 are claims of employees and former employees (collectively, the "Employee Claims") that are in the process of being liquidated consistent with the Debtors' books and records. As the Employee Claims are liquidated and allowed, the Fully Unsecured Claims Reserve shall be reduced by one dollar for each dollar of the Employee Claims allowed as a general unsecured nonpriority claim, up to a total of $22 million upon the resolution of all of the Employee Claims. Resolved Employee Claims shall no longer be subject to this reserve.

- Upon elimination of the reserves for the Affinia Claims and the Employee Claims, the initial reserve for the Fully Unliquidated Claims on Exhibit B-3 as of the Effective Date shall be $33 million, subject to adjustment over time in accordance with the Plan and the Additional Reserve Procedures.

3.      The initial Contingency Reserve shall be set in the amount of $75,000,000, subject to adjustment over time in accordance with the Plan and the Additional Reserve Procedures.

4.      The following Additional Reserve Procedures are hereby approved in all respects:

        (a)      Estimation of Individual Disputed Claims for Reserve Purposes.

        (i)      In the event that the Debtors or the Reorganized Debtors determine that it is necessary or appropriate to seek to establish a maximum specific reserve on account of any Disputed Class 5B Claim in an amount lower than otherwise provided herein or under the Plan or for a Claim otherwise included in an aggregate reserve with other Claims (each, a "Modified Individual Claim Reserve"), the Debtors or the Reorganized Debtors may file a Notice of Estimation of Disputed Claim for Reserve Purposes (an "Estimation Notice") with respect thereto, setting forth the asserted amount to be reserved for such Disputed Claim(s) and a summary of the

grounds supporting the asserted amount. The Debtors shall serve the Estimation Notice on (A) the holder of the underlying Disputed Claim(s); (B) prior to the Effective Date, the Creditors' Committee; and (C) after the Effective Date, the Litigation Trustee. An Estimation Notice also may be incorporated into an objection to a Disputed Claim.

(ii)    The holder of such Disputed Claim(s) shall have ten days after service of the Estimation Notice (the "Objection Deadline") to object to the proposed Modified Individual Claim Reserve by filing an objection, in writing, setting forth with specificity all objections to the proposed Modified Individual Claim Reserve, together with any documentation supporting such objection (collectively, the "Estimation Objection"), and serving such Estimation Objection upon (A) the Debtors or the Reorganized Debtors, (B) prior to the Effective Date, the Creditors' Committee; and (C) after the Effective Date, the Litigation Trustee, so that the Estimation Objection is received no later than 4:00 p.m., prevailing Eastern Time, on the Objection Deadline.

(iii)    If an Estimation Objection is timely filed and served by the Objection Deadline, the Debtors or the Reorganized Debtors will confer with the objecting party to attempt to resolve the Estimation Objection and determine the appropriate Modified Individual Claim Reserve for the Disputed Claim. Prior to the Effective Date, the Debtors also will consult with the Creditors' Committee with respect to such issues. In the absence of an agreement between the Debtors or the Reorganized Debtors and the objecting party on an appropriate Modified Individual Reserve, either party may schedule a hearing on the Estimation Notice and the related Estimation Objection on not less than 14 days' notice. The Debtors or the Reorganized Debtors shall be entitled to file a reply no later than three business days prior to the hearing. If appropriate, the Bankruptcy Court may treat the hearing as a status conference. Notwithstanding the foregoing, any Estimation Notice included in an objection to the underlying Disputed Claim may be heard by the Bankruptcy Court at the initial hearing or status conference on such objection.

(iv)    If no Estimation Objection is timely filed, the holder of the underlying Disputed Claim(s) at issue shall be deemed to have consented to the Modified Individual Claim Reserve and shall be forever enjoined and barred from objecting to such Modified Individual Claim Reserve. In such event, the Estimation Notice shall be deemed to constitute a final and nonappealable order of the Bankruptcy Court establishing the Modified Individual Claim Reserve, and the Debtors or the Reorganized Debtors (or any Disbursing Agent) shall not be required to reserve an amount in the Disputed Unsecured Claims Reserve that is greater than the Modified Individual Claim Reserve on account of the Disputed Claim(s) at issue, and any excess not reserved shall be distributed to holders of Allowed

Class 5B Claims on the next Periodic Distribution Date consistent with the terms of the Plan.

(b)    No Reserves for Disallowed Claims.  The Debtors or the Reorganized Debtors (or any Disbursing Agent) shall not be required to maintain any reserves in the Disputed Unsecured Claims Reserve on account of any Claim, or portion thereof, that has been disallowed or denied by an Order of the Bankruptcy Court (a "Denial Order"), notwithstanding any appeal or motion for reconsideration that may be filed by the holder of the Claim. A party seeking to appeal or obtain reconsideration of a Denial Order may request that the Bankruptcy Court establish a reserve pending such appeal or reconsideration; *provided that* the reserve for such claim may not exceed any reserve in place prior to the entry of the Denial Order.  If the Bankruptcy Court grants a request for a reserve, it may condition such relief as appropriate to protect the interests of other stakeholders, including by requiring a bond for a stay pending appeal pursuant to Bankruptcy Rule 8005.

(c)    Adjustments to Reserves for Unliquidated Class 5B Claims.  The Debtors or the Reorganized Debtors (or any Disbursing Agent) shall not be required to reserve any amounts on account of the Unliquidated Class 5B Claims in excess of the reserve amounts established herein.  As such, and without limiting the foregoing, the Debtors or the Reorganized Debtors (or any Disbursing Agent) shall not be required to increase the reserves proposed herein as a result of any amendments or supplements to the Unliquidated Class 5B Claims filed from and after the date of this Motion.  Nevertheless, the Debtors or the Reorganized Debtors may reduce such reserves (including the Fully Unliquidated Reserve) based on an amendment or supplement to an Unliquidated Class 5B Claim reducing the Claim amount, an order of the Bankruptcy Court resolving an Unliquidated Class 5B Claim or an agreement with the holder of an Unliquidated Class 5B Claim.

(d)    Contingency Reserve.  The Debtors may reduce the initial Contingency Reserve as of the Effective Date on account of any Claim otherwise covered by the Contingency Reserve for which a liquidated Claim is filed prior to the Effective Date or based on additional information indicating, in the Debtors' good faith judgment, that one or more contingencies have not occurred or likely will not occur.  Likewise, from and after the Effective Date, the Reorganized Debtors may administer and adjust the Contingency Reserve as they determine to be appropriate in their good faith judgment, and shall direct any Disbursing Agent in this regard.  Prior to any Periodic Distribution Date, the Debtors shall

provide notice of any such adjustments to the Contingency Reserve to the Litigation Trustee.

(e)    <u>No Impact on the Plan</u>.  The Additional Reserve Procedures supplement the terms of the Plan.  The Debtors or the Reorganized Debtors retain any other rights and obligations with respect to the Disputed Unsecured Claims Reserve as are set forth in the Plan.

(f)    <u>Right to Seek Additional Relief</u>.  The Debtors and the Reorganized Debtors retain the right to seek additional relief relating to the Disputed Unsecured Claims Reserve, as they deem necessary or appropriate, including to implement additional or different procedures not inconsistent with the terms of the Plan with respect to certain Claims or groups of Claims.  The Litigation Trustee shall be permitted to seek additional relief consistent with the terms of the Litigation Trust Agreement.

5.    Notwithstanding any other provision of this Order or the Plan, the Debtors shall not reduce the specific reserve amount established for any particular Claim (or group of Claims) identified on the attached Exhibit A without either (a) obtaining the written agreement of the holder of the Claim(s), (b) an order of the Bankruptcy Court addressing the allowance or estimation of the Claim(s) or (c) compliance with the Additional Reserve Procedures in paragraph 4(a) above.

6.    Nothing herein shall be construed to limit, expand, modify or otherwise affect relief granted in the Opinion and Order of the United States District Court for the Southern District of New York, dated November 20, 2007, in Case No. 07 Civ. 8160 (SAS) (the "<u>Withdrawal Order</u>"), which approved the motion of the EPA pursuant to 28 U.S.C. § 157(d) to withdraw the reference in connection with the Debtors' pending objection to the EPA's proofs of claims identified as Claim Numbers 13321, 13796 and 14958 (collectively, the "<u>EPA Claims</u>") and related estimation proceeding.  <u>See</u> Withdrawal Order at 27 (indicating that the District Court is "withdrawing the reference to the bankruptcy court of all proceedings relating the Government's claims, including but not limited to the Claim Objection and the

Estimation Motion"). With respect to the EPA Claims, the relief granted herein shall be implemented consistent with the Withdrawal Order as long as such Order remains in effect.

7. By this Order, no reserves are being established with respect to either (a) Convenience Claims under Class 4 of the Plan or (b) General Unsecured Claims against EFMG under Class 5A of the Plan.

8. Consistent with paragraph 4(a) above, the Debtors will seek to confirm or establish a reserve of $0.00, prior to the Effective Date, for Claims addressed by the Plan and not entitled to distributions in Class 5B (the "Plan-Resolved Claims"). The Plan-Resolved Claims are comprised of (a) Claims eliminated by consolidation under Section VIII.A of the Plan; (b) Asbestos Personal Injury Claims in Class 3 of the Plan, which will be Reinstated; (c) workers' compensation Claims under programs continued under Section V.E.3 of the Plan; (d) PBGC Claims addressed by the assumption of the Pension Plans in Section III.D of the Plan; and (e) any Claims of non-Debtor affiliates in Class 6B under the Plan, which will be Reinstated.

9. The Debtors are authorized to take any and all actions that are necessary or appropriate to establish and administer the Disputed Unsecured Claims Reserve consistent with the terms of the Plan and this Order and to implement the Additional Reserve Procedures and the terms of this Order. Nothing herein or in the Motion, nor any action by the Debtors to implement this Order, shall constitute an admission of the validity, nature, amount or priority of any Claim, and the Debtors reserve all of their rights to dispute the validity, nature, amount or priority of any Claim reserved for in the Disputed Unsecured Claims Reserve.

10.    This Court shall retain jurisdiction to resolve all matters relating to the

implementation of this Order, except as otherwise required by paragraph 6 above.

Dated:  November 28, 2007                    /s/Burton R. Lifland_____
        New York, New York                  UNITED STATES BANKRUPTCY JUDGE

# Exhibit A: Estimated Unliquidated Claims and Partially Unliquidated Claims

| Claim # | Name | Asserted Amount |
|---|---|---|
| 13786 | ADAMEC, JAMES R | $ 62,336 |
| 12527 | ALBCO FOUNDRY & MACHINE INC | 4,940 |
| 6523 | ALTHOUSE, SHARON M & ROBERT | 50,000 |
| 13784 | AMOS, MURRELL C | 65,476 |
| 7469 | BANKS JR, WILMER | 300,000 |
| 13783 | BARTHEL, THOMAS E | 62,735 |
| 7014 | BEARDEN SR, DRAKE | 300,000 |
| 13782 | BECKER, NANCY A | 55,118 |
| 7475 | BECKNER, ROY T | 59 |
| 14587 | BENDIX SPICER FOUNDATION BRAKE LLC | 273,436 |
| 13320 | BORGWARNER INC | 5,520,710 |
| 13781 | BOSNAK, GARY D | 83,102 |
| 5525 | BOWERSOCK, MICHAEL E | 21,000 |
| 5524 | BOWERSOCK, MIKE | 20,685 |
| 12772 | BRANFORD WEST MAIN LLC | 7,216,250 |
| 13780 | BRECHEISEN, ROBERTA | 66,238 |
| 2169 | BRIAN HODGE & ASSOCIATES INC | 25,778 |
| 13779 | BRITT, MICHAEL D | 66,409 |
| 9090 | BROWNING, DAVID | 1,000,000 |
| 10221 | CAM-OR SITE EXTENDED GROUP | 331,000 |
| 12993 | CHAMPLIN, TERA L | 100,000 |
| 3627 | CHAPTER 13 TRUSTEE | 1 |
| 7103 | CINGULAR WIRELESS | 10,421 |
| 8874 | CINGULAR WIRELESS | 542 |
| 12509 | CIT COMMUNICATIONS FINANCE CORPORATION | 286,635 |
| 13778 | CLAUNCH, LLOYD O | 66,409 |
| 6628 | COBB-MCVEY, LYNDA L | 139,318 |
| 12739 | COOPER INDUSTRIES LTD | 719 |
| 9043 | COUCH, EDWARD W & WENDY | 250,000 |
| 10019, 10020 & 10021 | DAIDO METAL BELLAFONTAINE LLC | 3,000,000 |
| 12693 | DANACQ MAUMEE LLC | 22,094 |
| 12692 | DANACQ ROCHESTER HILLS LLC | 7,809 |
| 13777 | DANN, DARYL L | 73,941 |
| 11283 | DAWSON, ALAN T | 252,081 |
| 13776 | DEAN, DONOVAN O | 92,669 |
| 14427 | DELPHI AUTOMOTIVE SYS LLC DELCO/ALCO AIR/DELCO- | 6,000,000 |
| 13775 | DENNISON, MICHAEL J | 62,735 |
| 13774 | DIPONIO, ROBERT J | 101,542 |
| 1561 | DOCKERY, TIMOTHY LYNN | 338,605 |
| 13773 | DUUCK, RONALD F | 112,077 |
| 13219 | EATON AEROQUIP INC | 1,215,141 |
| 13220 | EATON CORPORATION | 1,298,807 |
| 13772 | ENGELBERT, DAVID G | 78,294 |
| 13771 | EWIGMAN, DAVID L | 79,410 |
| 9313 | FERNATT, BETTIE L | 49 |
| 8987 | FLEETGUARD INC | 6,029 |
| 13297 | FLOOD JR, FRED A | 90,000 |
| 74 | FPC FINANCIAL FSB | 164 |
| 14428 | FRANKLIN INTERNATIONAL INC (FRANKLIN GLUE) | 6,000,000 |
| 13770 | FRITSCHE, WILLIAM E | 66,409 |
| 3087 | GARTMAN, SANDRA L | 749 |

# Exhibit A: Estimated Unliquidated Claims and Partially Unliquidated Claims

| Claim # | Name | Asserted Amount |
|---------|------|-----------------|
| 12696 | GE CANADA ASSET FINANCING HOLDING CO | 31,245,638 |
| 14429 | GENERAL MOTORS CORP/FRIGIDAIRE/FISHER BODY | 6,000,000 |
| 13769 | GILL, ROBERT C | 65,004 |
| 9081 | GRAPER, FRANK B | 2,687 |
| 12473 | GREENWAY, KIMBERLY BERNICE | 1,510 |
| 2998 | HACKETT, JEFF M | 499 |
| 13811 | HAGERSTOWN LAND LLC | 2,406,250 |
| 13768 | HAMILTON, KAREN | 100,386 |
| 6526 | HANLEY, STEPHEN J | 4,000 |
| 11426 | HANS-JUERGEN SCHLUNDER | 129,150 |
| 4086 | HEINE, CHARLES F | 842,221 |
| 4085 | HEINE, CHARLES F | 500,000 |
| 11144 | HENRY & CAROLE  BAILEY AS ADMIN ESTATE | 10,000,000 |
| 11145 | HENRY W & CAROLE BAILEY JR | 10,000,000 |
| 5594 | HILL JT TEN, JANET & DAVID L | 2,000 |
| 1177 | HILTON, DEBRA K | 100,000 |
| 12992 | HOLLIDAY NIF, THOMAS A | 500,000 |
| 13767 | HUSSEY, DWIGHT D | 62,336 |
| 7227 | IDAHO STATE TAX COMMISSION | 542 |
| 11790 | INDIANA DEPARTMENT OF ENVIRONMENTAL | 14,143,647 |
| 3899 | IRWIN, LINDA K | 511 |
| 11142 | JANET L INNIS AS ADMIN OF ESTATE | 10,000,000 |
| 11143 | JANET L INNIS INIV & AS ADMIN OF EST OF | 10,000,000 |
| 8526 | JETTON, LESTER | 150,000 |
| 13766 | JOY, ROBERT P | 150,657 |
| 10450 | KAREN DEMARTINO NATHANSON & CIPRIANO PC | 25,000 |
| 12884 | KAWASAKI MOTORS CORP USA | 75,000 |
| 14931 | KORNEWALD, CHARLES | 150,000 |
| 13765 | KRAMER, JUDY C | 81,049 |
| 7015 | LACEY, GARY A | 300,000 |
| 11126 | LAISURE, JAMES MICHAEL | 622,000 |
| 11125 | LAISURE, JAMES MICHAEL | 410,321 |
| 11123 | LAISURE, JAMES MICHAEL | 203,919 |
| 12774 | LAKELAND ADMINISTRATIVE FUND | 392,500 |
| 10353 | LIPFORD, RALPH | 459,000 |
| 12906 | LOGSDON JT TEN, GARY D & ANN J | 718 |
| 13764 | LORIMER, JOHN F | 123,628 |
| 13763 | LYNCH, CATHERINE A | 65,004 |
| 11163 | MARTIN, JAMES P | 1,500 |
| 13762 | MASHBURN, JIM | 78,720 |
| 13761 | MCKEW, ARTHUR A | 55,101 |
| 13760 | MEYERS, DONALD J | 88,720 |
| 14877 | MICROTHERM INC | 18,622,197 |
| 14715 | MILLENNIUM INDUSTRIES ANGOLA LLC | 2,000,000 |
| 1172 | MILLER, SUSAN M | 100,000 |
| 11137 | NEBRASKA DEPT OF ENVIRONMENTAL QUALITY | 2,263,500 |
| 13759 | NELSON, SARAH A | 77,382 |
| 2176 | NITSCH, KARL A | 175,621 |
| 1563 | NLRB ON BEHALF OF RANDY GROSS & MICHAEL WILSON | 32,513 |
| 9895 | OFFICE OF ILLINOIS STATE TREASURER | 1,000 |
| 12497 | OHIO ENVIRONMENTAL PROCTECTION AGENCY | 1,993,600 |
| 12499 | OHIO ENVIRONMENTAL PROTECTION AGENCY | 893,600 |
| 10981 | PARKER, HAROLD R | 571 |

## Exhibit A: Estimated Unliquidated Claims and Partially Unliquidated Claims

| Claim # | Name | Asserted Amount |
|---|---|---|
| 13758 | PATTEN, DAVID T | 69,577 |
| 2517 | PAULUN, GRACE M | 45 |
| 10420 | PAULY, RICHARD | 26,500 |
| 985 | PITNEY BOWES CREDIT CORPORATION | 29,047 |
| 14839 | PITNEY BOWES CREDIT CORPORATION | 10,337 |
| 1983 | PITNEY BOWES CREDIT CORPORATION | 7,828 |
| 1870 | PITNEY BOWES CREDIT CORPORATION | 3,533 |
| 9087 | PITTMAN, NORMAN | 649 |
| 10344 | PORT JT TEN, SAMUEL CARLTON & MARY JANE | 16,869 |
| 12994 | POWELL, STACEY | 100,000 |
| 14430 | PPG INDUSTRIES INC | 6,000,000 |
| 14431 | PROCTER & GAMBLE COMPANY THE | 6,000,000 |
| 13757 | RAINEY, JOE TAYLOR | 66,813 |
| 13756 | RANA, MOSLEHUDDIN | 88,826 |
| 14716 | REAL PROPERTY GROUP III LLC | 2,000,000 |
| 10960 | RELIANCE INSURANCE COMPANY | 252,935 |
| 7136 | ROLLER, KARLYN K | 244,800 |
| 13755 | ROSTOCK, THEODORE L | 79,324 |
| 15 | SHAW, JAMES G | 9,010 |
| 3492 | SHIVELY, TERRANCE A | 10,000 |
| 13754 | SHUSTER, MELVIN A | 85,686 |
| 7016 | SIMMS, BRIAN | 300,000 |
| 13753 | SIMONCIC, BRYAN E | 78,294 |
| 7379 | SMITH, SHIRLEY E | 176,187 |
| 12492 | SOUTHWEST RESEARCH INSTITUTE | 87,844 |
| 13752 | SPENCER, JOHN ROLLAND | 59,610 |
| 2929 | STANLEY, JOE | 316,800 |
| 13751 | STAPLETON, R ALLEN | 84,135 |
| 13750 | STORM, BRENDAN R | 111,361 |
| 14432 | STREBOR INC/ROBERT CONSOLIDATED INDUSTRIES INC | 6,000,000 |
| 6132 | THOMPSON, ROSE D | 1,374 |
| 14707 | TIMKEN COMPANY THE | 3,229,754 |
| 11673 | TIMKEN US CO | 70,303 |
| 11598 | TRAXLE MANUFACTURING A DIV OF LINAMAR | 1,331,172 |
| 11433 | TREMONT CITY BARRELL FILL PRP GROUP | 6,000,000 |
| 3657 | UPPER ALLEN TOWNSHIP | 136 |
| 13322 | US ENVIRONMENTAL PROTECTION AGENCY | 24,172 |
| 13796 & 14958 | US ENVIRONMENTAL PROTECTION AGENCY - Hastings & CDE | 397,600,000 |
| 13796 | US ENVIRONMENTAL PROTECTION AGENCY - Lakeland | 410,000 |
| 13796 | US ENVIRONMENTAL PROTECTION AGENCY - Main Street | 265,000 |
| 13796 | US ENVIRONMENTAL PROTECTION AGENCY - Muskegon | 145,000 |
| 13321 | US ENVIRONMENTAL PROTECTION AGENCY - SRSNE | 18,000 |
| 13796 | US ENVIRONMENTAL PROTECTION AGENCY- Tremont | 13,080 |
| 13278 | WADSWORTH JR, JOHN G | 1,000,000 |
| 13749 | WAGNER, GREGORY T | 88,496 |
| 6583 | WEBB, CHARLES | 2,565,338 |
| 13748 | WOOD, PAUL E | 57,798 |
| 13747 | WOODS, ROBERT H | 100,386 |
| 9659 | WORKER, STEVE B | 3,210 |
| 14426 | WORTHINGTON CYLINDER CORPORATION | 6,000,000 |
| 8724 | YOUNG, ERIN | 1,500 |

## Exhibit A: Estimated Unliquidated Claims and Partially Unliquidated Claims

| Claim # | Name | Asserted Amount |
|---|---|---|
| | TOTAL | $ 602,217,856 |

## Exhibit B-1: Affinia Claims

| Claim # | Name |
| --- | --- |
| 13305 | AFFINIA AUTOMOTIVA LTDA |
| 11677 | AFFINIA AUTOMOTIVE IRELAND LIMITED |
| 11681 | AFFINIA CANADA CORP |
| 11682 | AFFINIA CANADA GP CORP |
| 11683 | AFFINIA CANADA HOLDINGS CORP |
| 11684 | AFFINIA CANADA LP |
| 11685 | AFFINIA CAYMAN CORP |
| 11686 | AFFINIA DISTRIBUCION MEXICO SA DE CV |
| 11679 | AFFINIA GROUP HOLDINGS INC |
| 11680 | AFFINIA GROUP INC |
| 11678 | AFFINIA GROUP INTERMEDIATE HOLDINGS INC |
| 11720 | AFFINIA HOLDINGS SAS |
| 11721 | AFFINIA INTERNATIONAL HOLDING CORP |
| 11687 | AFFINIA NETHERLANDS HOLDINGS BV |
| 11688 | AFFINIA POLAND SP ZO O |
| 11689 | AFFINIA PRODUCTS CORP |
| 11726 | AFFINIA RECEIVABLES LLC |
| 11690 | AFFINIA SERVICE ADMINISTRATIVOS SA DE Cv |
| 12917 | AFFINIA SOUTHERN HOLDINGS LLC |
| 11722 | AFFINIA VENEZUELA CA |
| 11691 | ARVIS SRL |
| 11692 | AUTO-ELECTRICOS DE MEXICO SA DE CV |
| 11693 | AUTOMOTIVE BRAKE COMPANY INC |
| 11694 | BALATAS AMERICAN BRAKEBLOK SA DE CV |
| 11695 | BRAKE PARTS ARGENTINA SA |
| 11696 | BRAKE PARTS INC |
| 12915 | FANACIF SA |
| 12916 | FARLOC ARGENTINA SAIC |
| 11697 | FRENOS LUSAC S de RI de E CV |
| 11724 | GRUPO AFFINIA MEXICO SA DE CV |
| 11698 | IROQUOIS TOOL SYSTEMS INC |
| 11700 | ITAPSA SA DE CV |
| 11699 | KRIZMAN INTERNATIONAL INC |
| 11701 | LUSAC COMPHIA DE MEXICO SA DE CV |
| 11702 | MOPROD IRELAND LIMITED |
| 11703 | PELLEGRINO DISTRIBUIDORA AUTOPECAS LTDA |
| 11704 | PRODUCCIONES AUTOMOTRICES SA DE CV |
| 11705 | QUINTON HAZELL AUTOMOTIVE LIMITED |
| 11706 | QUINTON HAZELL BELGIUM SA |
| 11707 | QUINTON HAZELL DEUTSCHLAND GMBH |
| 11708 | QUINTON HAZELL ESPANA SA |
| 11723 | QUINTON HAZELL FRANCE SAS |
| 11709 | QUINTON HAZELL ITALIA SPA |
| 11710 | QUINTON HAZELL LIMITED |
| 11711 | QUINTON HAZELL LUXEMBOURG SARL |
| 11712 | QUINTON HAZELL NEDERLAND BV |
| 11713 | QUINTON HAZELL POLSKA SP ZO O |
| 11725 | SUPRA GROUP LIMITED |
| 11714 | WIX FILTRATION CORP |
| 11715 | WIX FILTRATION MEDIA SPECIALISTS INC |
| 11716 | WIX FILTRATION PRODUCTS EUROPE LIMITED |

## Exhibit B-1: Affinia Claims

| Claim # | Name |
|---------|------|
| 11718 | WIX FILTRON SP ZO O UKRAINE |
| 11717 | WIX FILTRON SP ZP P POLAND |
| 11719 | WIX HELSA COMPANY |

## Exhibit B-2: Employee Claims

| Claim # | Name |
| --- | --- |
| 8777 | BANSAL, ANIL K |
| 10480 | BARNARD, NEAL BRIAN |
| 10387 | BEHAM, JOSEPH ALAN |
| 9265 | BLACK, VICKY H |
| 9266 | BLACK, VICKY H |
| 9267 | BLACK, VICKY HOLCOMB |
| 9216 | BOISVERT, NORMAN H |
| 10364 | BUTCHER, D BRUCE |
| 13839 | CERATTI, GILBERTO |
| 10553 | COMMONS, DONALD W |
| 9327 | CZARKA, CHRISTOPHER J |
| 10041 | DEBACKER, MICHAEL L |
| 11261 | DIMARCO, GREGORY E |
| 9694 | ELLIS, STEVEN |
| 9753 | FESENMYER, ROBERT A |
| 10003 | FILCEK, RODNEY R |
| 10051 | FILCEK, RODNEY R |
| 8921 | FLEISCHHAUER, MARK A |
| 9660 | FLETCHER, PAMELA W |
| 7752 | GOLDEN, GARY M |
| 10361 | GREENWALD, DENNIS |
| 9809 | GREIF, EDWARD J |
| 6095 | HARMAN, RICHARD K |
| 12507 | HAYDEN, JEFF |
| 10440 | HOFFMAN, MARGOT L |
| 9681 | KINDEM, TODD D |
| 9377 | LAROCHELLE, PAUL |
| 6561 | LEECH, JOHN |
| 3528 | LEONARDI, ROBERT M |
| 9935 | LEVIN, MARC S |
| 9664 | LIPFORD, RALPH J |
| 10105 | LIPFORD, RALPH J |
| 9859 | MCLLHARGEY-MOUSOULIAS, MARY L |
| 11147 | MELGAR, JOSE I |
| 6436 | MULAWA JT TEN, GREGORY JOHN & TERESA LYNN |
| 6435 | MULAWA, GREGORY |
| 8288 | NAKAMURA, ISAMU |
| 8543 | NAKAMURA, ISAMU |
| 5526 | NEUSIIS, THOMAS F |
| 5768 | NEUSIIS, THOMAS F |
| 5527 | NEUSIIS, TOM |
| 10841 | PATON, A GLENN |
| 10045 | RICHTER, ROBERT C |
| 2157 | SCHAFF, PAULA |
| 9657 | SCHIRA, J TIMOTHY |
| 8997 | SHEEHAN, FRANK L |
| 10211 | SMITH, MARLENE D |
| 4192 | SOBER, JOSEPH S |
| 9936 | SPRIGGLE, RICHARD W |
| 11304 | STANCATI, JOSEPH A |
| 10208 | SUPERITS, STEPHEN N |

## Exhibit B-2: Employee Claims

| Claim # | Name |
| --- | --- |
| 8463 | WARDERS, DAVID |
| 9879 | WATKINS, MICHAEL R |
| 11096 | WILSON, DEAN L |
| 11097 | WILSON, DEAN L |
| 9663 | WURSTER, LISA A |

# Exhibit B-3: Fully Unliquidated Claims

| Claim # | Name |
|---------|------|
| 14063 | ABSORB PLUS TEXTILES |
| 8312 | AEGON CENTER |
| 5826 | AKERS, ALMA |
| 14229 | AMBERGE, GEORGE |
| 11425 | AMSTED INDUSTRIES INC |
| 7957 | AMY T MURPHY TR |
| 14201 | ANDERSEN, LYLE D |
| 10714 | ANTHONY WAYNE LOCAL SCHOOLS |
| 6919 | APPLIES PROCESS SOUTHRIDGE INC |
| 6768 | ATLANTIC SIGNS |
| 3198 | AXIAL BEARING INDUSTRIES LIMITED |
| 3199 | AXIAL BEARING INDUSTRIES LIMITED |
| 9981 | BAILLIE, A C |
| 9231 | BANK OF LINCOLNWOOD |
| 14031 | BATIZ, PABLO |
| 1640 | BAY AREA/GENERAL CRANE SERVICE CO |
| 8348 | BELL, ROY J |
| 7933 | BELLEHUMEUR, PATRICIA |
| 7156 | BENNETT, DENNIS PAUL |
| 9669 | BENTON, LINDA J |
| 9325 | BERGES, DAVID E |
| 643 | BLACKHAWK SYSTEMS TOOLING INC |
| 7122 | BOWER, ROBERT |
| 9656 | BOYD JR, KERNEY BUFORD |
| 7298 | BRANDON, JOHN R |
| 9719 | BRAUNINGER, RENATO SUYAMA |
| 8273 | BROOKS, LYLE E |
| 5615 | BROWN TRANSMISSION & BEARING CO |
| 2403 | BROWN, CYNTHIA Y |
| 10423 | BROWN, MICHAEL |
| 2669 | BRUES AUTO BODY & PAINT |
| 6608 | BUENA VISTA FIRE CONTROL |
| 9268 | BUFF, RONALD G |
| 10333 | BURNS, MICHAEL J |
| 8859 | CARNEY JT TEN, MARY M & DENNIS E |
| 6283 | CAROL FARINACCI & DIANNE PARNALL JT TEN |
| 13268 | CARRIER CORPORATION |
| 6291 | CCA FINANCIAL LLC |
| 8439 | CHAMBERS, R DOUG |
| 4627 | CHAPMAN, EDGAR |
| 7232 | CHASE, LYNN G |
| 2864 | CHICAGO NUT & BOLT |
| 9464 | CLEVELAND, SAMUEL |
| 10991 | COLBERT, LARRY M |
| 9141 | COLSON, MILDRED JANETTE |
| 12660 | COLTEC INDUSTRIES INC |
| 3420 | COMPUTER WELD TECHONOLOGY INC |
| 10198 | CONSTAND, GEORGE THOMAS |
| 9940 | CORDES JT TEN, RICHARD D & VALERIE M |
| 9880 | CORDES, RICHARD |
| 14913 | CORNISH JT TEN, CAROL L & JACK R |

## Exhibit B-3: Fully Unliquidated Claims

| Claim # | Name |
| --- | --- |
| 14230 | CRAWFORD, ALIZE |
| 2778 | CRENSHAW, MCARTHUR |
| 7097 | CROCK, G E |
| 9326 | DA SILVA PRACA, MARIO SERGIO |
| 12695 | DANACQ GASTONIA LLC |
| 11091 | DAVIS, RONNIE M |
| 3681 | DAVIS, WILLIE J |
| 10564 | DMJ ASSOCIATES LLC |
| 2475 | DOVER CITY INCOME TAX |
| 3085 | DUDLEY, ALICE |
| 8725 | ELLIS, CAROLYN |
| 8459 | ER BEYER COMPANY |
| 14880 | ESTATE OF NELL-RUTH NEWKIRK |
| 12881 | EXXON MOBIL CORPORATION |
| 11735 | FIREMAN`S FUND INSURANCE COMPANY ET AL |
| 6791 | FITZGERALD, JOHN |
| 2247 | FLEMING, DOUGLAS L |
| 13432 | FORD MOTOR COMPANY |
| 14676 | FRANKLIN, FLORA |
| 8154 | FRETZ, MARIE E |
| 11385 | GABRYS, RICHARD |
| 3612 | GALL, ROLAND A |
| 12694 | GEBAM INC |
| 10512 | GENERAL MOTORS CORP & ITS AFFILIATES & S |
| 10502 | GENUINE PARTS COMPANY |
| 14847 | GEORGIA DEPARTMENT OF REVENUE |
| 10009 | GIBARA, SAMIR |
| 5361 | GODDARD, INEZ M |
| 14908 | GOOD, ROCHELLE |
| 8889 | GRANT, JOAN M |
| 9142 | GREZLIK, PATTY A |
| 2854 | GRF & SONS |
| 10356 | GRISE, CHERYL |
| 12846 | GROSSKOPF, RICHARD D |
| 9085 | HALE TRAILER BRAKE & WHEEL INC |
| 14182 | HALE, SHARON |
| 5681 | HAMILTON, BARBARA |
| 5717 | HAMILTON, JEROME |
| 8345 | HARTFORD FIRE INSURANCE COMPANY |
| 13890 | HAVENS, WILLIAM |
| 11047 | HAYDEN, JEFFREY L |
| 7299 | HERNANDEZ-BONILLA, JAVIER |
| 7986 | HILDENBRANDT, JOYCE T |
| 13978 | HILL & CALK PC |
| 2605 | HIXON, WILLIAM B |
| 12855 | HODLER, STEPHEN R |
| 13812 | HONEYWELL INTERNATIONAL INC |
| 6208 | HOUSER, ROSIE |
| 5682 | HOWARD, BERNICE |
| 8375 | HOWARD, ROSIE |
| 10830 | INERGY AUTOMOTIVE SYSTEMS (USA) LLC |

# Exhibit B-3: Fully Unliquidated Claims

| Claim # | Name |
|---|---|
| 13323 | INTERNATIONAL UNION UAW |
| 13324 | INTERNATIONAL UNION UAW AND LOCAL 1405 |
| 13326 | INTERNATIONAL UNION UAW LOCAL UNION 2049 |
| 13327 | INTERNATIONAL UNION UAW LOCAL UNION 771 |
| 882 | IRON MOUNTAIN INFORMATION MANAGEMENT INC |
| 890 | IRON MOUNTAIN INFORMATION MANAGEMENT INC |
| 14677 | JACOBS, JOHN T |
| 10719 | JEFFERSON PILOT LIFE INSURANCE COMPANY |
| 12869 | JOHNSON, ERIC L |
| 12947 | JOHNSON, RON J |
| 7557 | JONES, PETER |
| 2612 | KAGMO ELECTRIC MOTOR CO INC |
| 6453 | KEENEY, KEVIN |
| 9486 | KELLY, JAMES P |
| 4968 | KENDRICK, BETTY L |
| 10828 | KENT JR, WILLIAM |
| 11590 | KENTUCKY INDIVIDUAL SELF INSURERS |
| 11297 | KEYES, GREGORY |
| 14632 | KINNEAR, DALLAS |
| 14930 | KISALOSKY, GERALD |
| 2369 | KOZIOL, KAREN |
| 14348 | KUKA SERVICE SOLUTIONS GMBH |
| 9378 | LAROCHELLE, PAUL G |
| 9379 | LAROCHELLE, PAUL G |
| 7430 | LAVARRA, SUZANNE |
| 8314 | LEVIN, MARC S |
| 13221 | LEXINGTON INSURANCE COMPANY ET AL |
| 13222 | LEXINGTON INSURANCE COMPANY ET AL |
| 13223 | LEXINGTON INSURANCE COMPANY ET AL |
| 13224 | LEXINGTON INSURANCE COMPANY ET AL |
| 13225 | LEXINGTON INSURANCE COMPANY ET AL |
| 7317 | LINFOR INC |
| 11246 | LIPFORD, RALPH J |
| 4678 | LONGMIRE, PATRICIA A |
| 9115 | LYLE III, THEODORE S |
| 9945 | LYTTON, LINDA E |
| 12740 | MACK TRUCKS INC |
| 11386 | MARKS, MARILYN R |
| 7262 | MARSHALL, IVAN |
| 9272 | MATZENBACHER, PAULO J |
| 4591 | MAYNARD, JANE A |
| 9558 | MCGREGOR, JOANNE |
| 11612 | MCNAMARA, CHARLES J |
| 11611 | MCNAMARA, MARJORIE |
| 2623 | MECHANICAL MAINT INC |
| 10811 | MEISLER TRAILER RENTALS |
| 8525 | MELGAR JT TEN, JOSE I & MARIA A |
| 5554 | MERRELL, DIANE |
| 10820 | MICHAEL S ETKIN ESQ & IRA M LEVEE ESQ |
| 3408 | MIDLAND HEAT TREATMENTS LTD |
| 12607 | MILBECK, PHYLLIS DARLENE |

# Exhibit B-3: Fully Unliquidated Claims

| Claim # | Name |
| --- | --- |
| 13935 | MILLER, MICHAEL JOSEPH |
| 13936 | MILLER, MICHAEL MARIE |
| 13934 | MILLER, NANCY LOUVIAUX |
| 10082 | MILLER, PAUL E |
| 7949 | MONROE COUNTY TREASURER |
| 3580 | MOORE, CONNIE J |
| 6213 | MORGAN, DAISY |
| 3398 | MOULTON, MARY E |
| 11131 | MR GASKET INC SUCCESSOR THROUGH MERGER |
| 13042 | MT MCKINLEY INSURANCE COMPANY |
| 6437 | MULAWA, GREGORY J |
| 9661 | MULAWA, GREGORY J |
| 6434 | MULAWA, TERESA L |
| 9662 | MULAWN, TERESA L |
| 13380 | NEOPLAN USA CORPORATION |
| 1613 | NEW HAMPSHIRE DEPT OF REVENUE ADMIN, STATE OF |
| 14668 | NEW HAMPSHIRE DEPT OF REVENUE ADMIN, STATE OF |
| 3640 | NEWPORT NUCKOLS, VELTA |
| 11441 | NISSAN NORTH AMERICA INC |
| 11063 | NORTHROP GRUMMAN SYSTEMS CORP |
| 3388 | OFFSITE RECORD CENTER |
| 9944 | PACK, BETTY KAY |
| 10928 | PARKER HANNIFIN ADVANCED PRODUCTS |
| 10930 | PARKER HANNIFIN CORPORATION |
| 10932 | PARKER HANNIFIN CORPORATION |
| 10933 | PARKER HANNIFIN CORPORATION |
| 10940 | PARKER HANNIFIN CORPORATION |
| 10943 | PARKER HANNIFIN CORPORATION |
| 10944 | PARKER HANNIFIN CORPORATION |
| 10947 | PARKER HANNIFIN CORPORATION |
| 10948 | PARKER HANNIFIN CORPORATION |
| 10949 | PARKER HANNIFIN CORPORATION |
| 10950 | PARKER HANNIFIN CORPORATION |
| 10938 | PARKER POWERTRAIN |
| 10929 | PARKER SEAL COMPANY |
| 10936 | PARKER SEALS |
| 10942 | PARKER TECHSEAL DIVISION |
| 14095 | PARRISH, ROBERT W |
| 12923 | PEDEN, CHERRY F |
| 7534 | PEOPLE OF THE STATE OF ILLINOIS WINNEBAG |
| 7536 | PEOPLE OF THE STATE OF ILLINOIS WINNEBAG |
| 7537 | PEOPLE OF THE STATE OF ILLINOIS WINNEBAG |
| 9072 | PERFECTION COMMERICAL SERVICES |
| 9069 | PETRAGALLO, SANDRA |
| 9175 | PETTRY, RANDY |
| 4420 | PHELPS, DAVID W |
| 14206 | POWELL, ROBERT L |
| 9350 | PRIORY, RICHARD |
| 10939 | RACOR PARKER HANNIFIN CORP |
| 8962 | RAYFORD, KEISHA L |
| 3776 | REGIONAL INCOME TAX AGENCY |

# Exhibit B-3: Fully Unliquidated Claims

| Claim # | Name |
|---------|------|
| 3777 | REGIONAL INCOME TAX AGENCY |
| 8766 | RICHARDSON, WILLIAM R |
| 5680 | ROBINSON, ANNIE |
| 5436 | ROGERS, CLAYTON B |
| 2603 | ROONEY EQUIPMENT CO |
| 8155 | SAEZ-BONILLA, ALEXANDER |
| 7034 | SAMUELS, CAROL M |
| 9367 | SANDS, RONALD C |
| 6915 | SANTOS MONTALVO, JOE |
| 10448 | SAWICKI, DOREEN |
| 6272 | SCHERER, RITA |
| 9071 | SCHLORKE BUEMANN, HARRO RICARDO |
| 2923 | SERVICE NETWORK INC |
| 5420 | SIGMON, LARRY J |
| 14435 | SIKORSKY AIRCRAFT CORPORATION |
| 6141 | SIMMONS, HETTIE |
| 6968 | SIMS, BOBBY |
| 6159 | SMITH, CALLAWAY |
| 9878 | SMITH, JACKIE |
| 3435 | SPECTRUM TRANSPORTATION CORP |
| 9070 | STANAGE, NICK L |
| 10842 | STONE, THOMAS R |
| 12910 | STRODE, LINDA J |
| 14184 | SWINSON, BARRY L |
| 12501 | TB WOODS INCORPORATED |
| 12911 | TEXTRON INC |
| 12644 | THEROS, PATRICIA |
| 11350 | THOMPSON, LINDA B |
| 6918 | TORRES SANCHEZ, RAFAEL |
| 12529 | TOYOTA MOTOR ENGINEERING & MANUFACTURING |
| 13262 | TRUSTEES OF THE BUTLER MINE TUNNEL SITE |
| 10049 | TUBINO, ALEXANDRE C |
| 14434 | UNITED TECHNOLOGIES CORPORATION |
| 7539 | US CUSTOMS & BORDER PROTECTION |
| 9561 | UTILITY TRAILER MFG CO INC |
| 12861 | VALADA, AIRTON DA SILVA |
| 12576 | VALLI, CHRISTIAN |
| 4606 | VAN DER STEEN, BETTY L |
| 11821 | VISTEON CORPORATION |
| 14825 | VISTEON CORPORATION |
| 12741 | VOLVO TRUCKS NORTH AMERICA INC |
| 12563 | WALLER, ARLIS D |
| 3635 | WEST JORDAN, CITY OF |
| 6701 | WHIDDEN, NATHAN L |
| 3852 | WHITE, JOHN A |
| 11578 | WILLIAMS CONTROLS INC |
| 14192 | WILLIAMS CONTROLS INC |
| 6211 | WILLMORE, SHIRLEY Y |
| 3491 | WILSON, SHIRLEY GLENELL |
| 7532 | WINNEBAGO COUNTY ILLINOIS |
| 7533 | WINNEBAGO COUNTY ILLINOIS |

## Exhibit B-3: Fully Unliquidated Claims

| Claim # | Name |
|---------|------|
| 4700 | WOLTERING JT TEN, ROY F & DOROTHY M |
| 2678 | WOODLEY, LENI |
| 4838 | WRIGHT, MAURICE W |
| 4962 | WRONA JT TEN, JANE A & STANLEY |
| 5411 | YOUNG, STEPHEN CARL |
| 7556 | ZELLER JT TEN, CLARENCE JOSEPH & JOAN LEBRUN |
| 7555 | ZELLER, CLARENCE J |
| 12946 | ZELLERS JT TEN, ROBERT & JEAN |
| 7207 | ZUPON, JOHN |
| 373 | ZURICH AMERICAN INSURANCE CO AND AFFILIATES |