JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball (CB 8203)
Richard H. Engman (RH 7681)
Steven C. Bennett (SB 2746)

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                      :

In re                                                 :

Dana Corporation, *et al.*,                    :     07 Civ. 8160 (SAS)

                           Debtors.             :
------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF MOTION**

        PLEASE TAKE NOTICE that Debtors hereby withdraw their Motion to Admit

Counsel Pro Hac Vice, dated December 3, 2007.

Dated: December 10, 2007                  Respectfully submitted,
       New York, New York

                                            /s/ Steven C. Bennett
                                           Corinne Ball (CB 8203)
                                           Richard H. Engman (RE 7861)
                                           Steven C. Bennett (SB 2746)
                                           JONES DAY
                                           222 East 41st Street
                                           New York, New York 10017
                                           Telephone: (212) 326-3939
                                           Facsimile: (212) 755-7306

                                           ATTORNEYS FOR DEBTORS AND
                                           DEBTORS IN POSSESSION

NYI-4048463v1

**CERTIFICATE OF SERVICE**

I, Seth E. Kramer, hereby certify that on December 10, 2007, I caused a true and complete copy of the foregoing Notice of Withdrawal of Motion, to be served by federal express upon the following counsel at the following addresses as shown below:

Russell M. Yawkett
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007
Attorney for EPA, Department of Commerce, and Department of the Interior

P. Bradley O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Counsel to the Official Committee of Unsecured Creditors

Dated: New York, New York
       December 10, 2007

                                         /s/ Seth E. Kramer
                                         Seth E. Kramer

NYI-4048463v1