USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/07

RECEIVED
CHAMBERS OF

DEC 13 2007

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                                         :
In re                                                    :
                                                         :
Dana Corporation, *et al.*,                              :      07 Civ. 8160 (SAS)
                                                         :
                        Debtors.                         :
                                                         :
-------------------------------------------------------- x

## ORDER FOR ADMISSION PRO HAC VICE

Upon the letter submitted by Debtors Dana Corporation, *et al.*, in the above-

captioned action;

IT IS HEREBY ORDERED that:

Kevin P. Holewinski
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Jeffrey Ellman
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330

Stephen Q. Giblin
Jones Day
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

are admitted to practice pro hac vice as counsel for Debtors Dana Corporation et al. in the above-

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated: December 17, 2007
      New York, New York

                              HONORABLE SHIRA A. SCHEINDLIN
                              UNITED STATES DISTRICT JUDGE