

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 18, 2007

By Hand

Hon. Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl St., Room 1620
New York, New York 10007

   Re: In re Dana Corp.,
      07 Civ. 8160 (SAS)

Dear Judge Scheindlin:

  We write in advance of submitting a joint proposed scheduling order in the above-referenced case to respectfully request that the Government be afforded the opportunity to move for summary judgment at the same time and with the same page limitations as Debtors' current timetable and limitations. At the conference on December 7, 2007, the Court ordered that discovery shall close on March 28, 2008, and that Debtors' motion for summary judgment, if any, shall be served by April 11, 2008.

  After the conference, the Government reviewed documents from Debtors' rolling production and further reflected on the merits of its case. The Government now believes that it may also seek to move for summary judgment on certain issues, and if it chooses to move for summary judgment, requests that it be allowed to cross-move by April 11, 2008. The Government is not seeking any extensions, and will comply with the same deadlines and page-limit restrictions as Debtors.

  Debtors do not oppose this request, but, assert that the Government needs to obtain the Court's approval. Without addressing the merits of this assertion, the Government accordingly requests that the Court So Order the Government's request so that the parties can submit a joint proposed scheduling order setting forth the time frames established during the

December 7, 2007 conference.

                               Respectfully,

                               MICHAEL J. GARCIA
                               United States Attorney

By:   /s/
                               RUSSELL M. YANKWITT
                               PIERRE G. ARMAND
                               DANIEL P. FILOR
                               JOHN D. CLOPPER
                               Assistant United States Attorneys
                               Telephone: (212) 637-2745
                               Facsimile: (212) 637-2686

cc:    By Email and First Class Mail
        Counsel for Debtors and the Committee of Unsecured Creditors

*[Handwritten:]* The Government's request is granted. If the Government moves for summary judgment, it must adhere to the briefing schedule previously set forth for Debtors' anticipated motion.

Date: Dec. 19, 2007

SO ORDERED:

/s/ Shira A. Scheindlin, USDJ