

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/08

JAN 16 2008

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :
Dana Corporation, *et al.*,                                  :   07 Civ. 8160 (SAS)
                                                             :
                                    Debtors.                 :
                                                             :
------------------------------------------------------------ x

## ORDER FOR ADMISSION PRO HAC VICE

Upon the letter submitted by Debtors Dana Corporation, *et al.*, in the above-captioned action;

IT IS HEREBY ORDERED that:

Stephanie S. Couhig
Jones Day
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Ryan D. Dahl
Jones Day
One Mellon Center, 31st Floor
500 Grant Street
Pittsburgh, Pennsylvania 15219-2502
Telephone: (412) 391-3939
Facsimile: (412) 394-7959

are admitted to practice pro hac vice as counsel for Debtors Dana Corporation et al. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

- 2 -

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January 16, 2008
      New York, New York

                                        HONORABLE SHIRA A. SCHEINDLIN
                                        UNITED STATES DISTRICT JUDGE