

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York  10007

March 14, 2008

**BY HAND**
Hon. Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1620
New York, New York  10007

    Re:    <u>In re Dana Corporation, et al.</u>, Docket No. 07 Civ. 8160 (SAS)

Dear Judge Scheindlin:

    The Government writes respectfully to provide the Court with an update as to the status of the parties' settlement discussions in this matter.  As set forth in the Government's February 28, 2008 letter to the Court, counsel for the parties have reached an agreement-in-principle to settle all of the Government's environmental claims against the Debtors in this case.  On February 29, 2008, the Court granted the parties' request to suspend discovery until March 14, 2008, to permit the parties time to negotiate a settlement agreement and seek necessary settlement approvals at the Department of Justice.  Since then, the parties have exchanged draft agreements and are endeavoring to work out final settlement language.  The parties, however, require additional time to finalize the settlement document and then obtain the requisite approvals.  Thus, the parties respectfully request that the Court suspend this matter for an additional 30 days, until April 14, 2008.  The parties believe that it is no longer necessary for the Court to maintain the August 18, 2008 trial date on its calendar, as negotiations have revealed no substantial open issues and the parties are close to finalizing the settlement document to resolve this matter.

    Thank you for your consideration of this matter.

                                      Respectfully,

                                      MICHAEL J. GARCIA
                                    United States Attorney

                      By:                         
                                    PIERRE G. ARMAND
                                    Assistant United States Attorney
                                    Tel. No.:  (212) 637-2724
                                    Fax No.:  (212) 637-2730

cc:    All counsel (via e-mail)

*[Handwritten annotation: "Request granted. Discovery schedule suspended until April 14, 2008. So Ordered." with signature and date 3/14/08]*