

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*86 Chambers Street, 3rd Floor*
*New York, New York  10007*

April 30, 2008

**BY HAND**
Hon. Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1620
New York, New York  10007

    Re:    **In re Dana Corporation, et al., Docket No. 07 Civ. 8160 (SAS)**

Dear Judge Scheindlin:

        The Government writes respectfully to provide the Court with an update as to the status
of the parties' settlement discussions in this matter.  As we have previously advised the Court,
the parties have reached an agreement-in-principle to settle all of the Government's
environmental claims against the Debtors in this case.  On February 29, 2008, the Court granted
the parties' request to suspend discovery until March 14, 2008, to permit the parties time to
negotiate a settlement agreement and seek necessary settlement approvals.  On March 14, 2008,
the Court extended the suspension of the discovery schedule until April 14, 2008.  Since that
time, the parties have worked diligently to finalize a written agreement, and on April 29, 2008,
the Debtors and the Claims Monitor executed the settlement document.  The parties, however,
require additional time to permit another party to the agreement to execute the document, and to
submit the agreement to the Department of Justice and the Environmental Protection Agency for
approval.  Thus, the parties respectfully request that the Court continue to suspend this matter for
another 30 days, until May 30, 2008.  The parties further request that the Court adjourn the May
9, 2008 conference.

        Thank you for your consideration of this matter.

*This matter will*
*continue on suspense*
*until May 30, 2008;*
*and June 9 at 4:30*
*So Ordered.*
*[signature] USDJ*
*5/1/08*

                                                    Respectfully,

                                                    MICHAEL J. GARCIA
                                                    United States Attorney

                                          By:    _____
                                                    PIERRE G. ARMAND
                                                    Assistant United States Attorney
                                                    Tel. No.: (212) 637-2724
                                                    Fax No.: (212) 637-2730

    cc:    All counsel (via e-mail)