MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    PIERRE G. ARMAND
        MATTHEW L. SCHWARTZ
        DANIEL P. FILOR
        JOHN D. CLOPPER
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2724
Fax No.: (212) 637-2730

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Docket No. 07 Civ. 8160 (SAS) |
| Dana Corporation, et al. | Jointly Administered Bankruptcy<br>Bankr. Case No. 06-10354 (BRL) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF LODGING OF**
**PROPOSED STIPULATION AND ORDER**

        The United States of America is hereby lodging with the Court the proposed Stipulation and Order ("Stipulation and Order") attached hereto as Exhibit A.

        The United States requests that the Court not enter the Stipulation and Order at this time. Rather, pursuant to 28 C.F.R. § 50.7, notice of the lodging of the Stipulation and Order will be published in the Federal Register, following which the United States Department of Justice will receive public comments on the Stipulation and Order for a 30-day period. After the conclusion of the comment period, the United States will file with the Court any comments received, as well as responses to the comments, and at that time, if appropriate, will request the Court to approve and enter the Stipulation and Order.

Dated: New York, New York
       June 17, 2008                      MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York
                                            Attorney for the United States of America

                                    By:     /s/    Pierre G. Armand
                                            PIERRE G. ARMAND
                                            MATTHEW L. SCHWARTZ
                                            DANIEL P. FILOR
                                            JOHN D. CLOPPER
                                            Assistant U.S. Attorneys
                                            86 Chambers Street, 3rd Floor
                                            New York, New York  10007
                                            Tel. No.:  (212) 637-2724
                                            Fax No.:  (212) 637-2730

To:     <u>By Federal Express</u>
        Steven C. Bennett, Esq.
        Jones Day
        222 East 41st Street
        New York, New York 10017

        Jeffrey B. Ellman, Esq.
        Jones Day
        1420 Peach Tree Street, N.E., Suite 800
        Atlanta, Georgia 30309-3053

        *Attorneys for the Debtors*

        Alan D. Halperin, Esq.
        Halperin Battaglia Raicht LLP
        555 Madison Avenue, 9th Floor
        New York, New York 10022-3301
        *Attorneys for the Claims Monitor*

        William R. Schikora, Esq.
        Dykema Gossett PLLC
        400 Renaissance Center
        Detroit, Michigan 48243
        *Attorneys for the Lakeland Administrative Fund*

        Andy Velez-Rivera, Esq.
        Office of the United States Trustee (Region 2)
        33 Whitehall Street, Suite 2100
        New York, New York 10004

## CERTIFICATE OF SERVICE

I, PIERRE G. ARMAND, an Assistant United States Attorney for the Southern District of New York, hereby certify that on June 17, 2008, I caused a copy of the foregoing Notice of Lodging of Proposed Stipulation and Order to be served upon the following by Federal Express:

Steven C. Bennett, Esq.
Jones Day
222 East 41st Street
New York, New York 10017

Jeffrey B. Ellman, Esq.
Jones Day
1420 Peach Tree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053

Alan D. Halperin
Halperin Battaglia Raicht LLP
555 Madison Avenue, 9th Floor
New York, New York 10022-3301

William R. Schikora, Esq.
Dykema Gossett PLLC
400 Renaissance Center
Detroit, Michigan 48243

Andy Velez-Rivera, Esq.
Office of the United States Trustee (Region 2)
33 Whitehall Street, Suite 2100
New York, New York 10004

Dated:   New York, New York
         June 17, 2008

                                  /s/   Pierre G. Armand
                                  PIERRE G. ARMAND